# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re:<br>Clarence White,<br>Debtor. | Case No. 11-44356-399<br>Chapter 13<br>Confirmation hrg: 6/15/11 10:00 a.m. 5N |

## OBJECTION TO CONFIRMATION OF FIRST AMENDED CHAPTER 13 PLAN

Comes now assistant circuit attorney Marta H. Tilney as attorney of record for the State of Missouri, Department of Social Services, Family Support Division (MFSD) (Creditor) and states:

1. Creditor has filed claims for domestic support in the total principal sum of $16,600.65, a portion of which is un-assigned.

2. Debtor's proposed plan has a duration of 36 months and proposes to pay a portion of the domestic support debt.

3. A plan may propose less than full payment of assigned domestic support "only if the plan provides that all of the debtor's projected disposable income for a 5-year period…will be applied to make payments under the plan." 11 USC sec. 1322(a)(4).

4. Creditor does not consent to different treatment.

WHEREFORE, the Creditor prays that Debtor's Plan not be confirmed, and for such other and further orders and judgments as are proper in the premises.


Marta H. Tilney MBE #30763MO
Assistant Circuit Attorney Child Support
1114 Market St., Suite 755
St. Louis, MO 63101
Telephone: (314) 622-4021
Facsimile: (314) 622-3629
Email: Tilneym@stlouiscao.org


## CERTIFICATE OF SERVICE

The Notice of Electronic Filing indicates that all necessary parties were served with this document via the Court's CM/ECF system on 6/6/11.

/s/ Marta H. Tilney