UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 11-44356-399 |
| CLARENCE WHITE ) | Chapter 13 |
| ) | |
| ) | Trustee's Objection to Confirmation |
| ) | Original Confirmation Hearing set for: |
| **Debtor** ) | June 15, 2011  10:00 am |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

1. Amended budget needed to reflect current employment and income.
2. Paragraph 5C lacks the interest rate required in all cases.
3. Debtor lacks sufficient income to fund the plan.

**WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

| | |
|---|---|
| Dated: July 28, 2011 | /s/ John V. Labarge, Jr. |
| | John V. Labarge, Jr. |
| OBJCONF--KLW | Standing Chapter 13 Trustee |
| | P.O. Box 430908 |
| | St. Louis, MO  63143 |
| | (314) 781-8100  Fax: (314) 781-8881 |
| | trust33@ch13stl.com |

The undersigned hereby certifies that he served the above notice on this day of July 27, 2011, either through the Court's ECF system or by ordinary mail, postage pre-paid, addressed to:

/s/ John V. Labarge, Jr.

CLARENCE WHITE
5348 MOFFITT AVE
SAINT LOUIS, MO  63112

LEGAL HELPERS PC
515 OLIVE ST
STE 702
ST LOUIS, MO  63101